UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAT AND FROST INSULATORS OF NORTHERN CALIFORNIA LOCAL UNION NO. 16 HEALTH AND WELFARE TRUST FUND, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>ALPHA OMEGA MECHANICAL, LLC,, <br><br>　　　　Defendant. | Case No.  21-cv-04055-AGT <br><br> **ORDER STAYING CASE** |

　　In response to the Court's order to show cause, in which the Court noted that plaintiffs hadn't complied with a prior order instructing them to submit supplemental briefing in support of their motion for default judgment, plaintiffs, yesterday, notified the Court that on May 2, 2022, defendant filed for bankruptcy.

　　Because defendant is now in bankruptcy, this case is stayed under 11 U.S.C. § 362(a). When the bankruptcy proceedings conclude or, before then, if plaintiffs believe that the automatic stay no longer applies, plaintiffs must notify the Court.  In the future, to ensure that judicial resources are not wasted, plaintiffs' counsel should notify the Court as soon as possible after a defendant files for bankruptcy.

　　The Clerk of the Court is instructed to administratively close the case.  This is an internal procedure that doesn't affect the substantive rights of the parties.

　　**IT IS SO ORDERED.**

Dated: July 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Alex G. Tse
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge